IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SUBPOENAS | Case No.   3:18MJ808 (WIG)<br>3:18MJ809 (WIG) |
| | February 24, 2023 |

## MOTION FOR UNSEALING

The United States respectfully requests that the Court unseal the above captioned cases and documents filed within the cases. The Government has reviewed the filings and has determined that the facts justifying sealing no longer apply, or no longer outweigh the public's interest in access to the material.

Dated: February 24, 2023

                                          Respectfully submitted,

                                          VANESSA ROBERTS AVERY
                                          UNITED STATES ATTORNEY

                                          __/s/_____
                                          PATRICK J. DOHERTY
                                          ASSISTANT U.S. ATTORNEY
                                          Federal Bar No. PHV10400
                                          1000 Lafayette Blvd., 10th Fl.
                                          Bridgeport, CT 06604

**CERTIFICATE OF SERVICE**

      This is to certify that on February 24, 2023, a copy of the foregoing was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/
                                          PATRICK J. DOHERTY
                                          ASSISTANT U.S. ATTORNEY